# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Heidi Seekamp

      vs.                        CASE NUMBER: **1:09-cv-018**

Universal Automotive Services, Inc.

    I, LAWRENCE K BAERMAN, CLERK, by Daniel Krug, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 20th day of April, 2009 against Universal Automotive Services, Inc..

Dated:   April 20, 2009

*[signature]*
Clerk of Court

By: s/ Daniel Krug

Deputy Clerk