UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HEIDI SEEKAMP, On Behalf of Herself and All Others Similarly Situated,** | |
| *Plaintiff,* | **STIPULATION OF PARTIAL DISCONTINUANCE AND FOR SUBSTITUTION OF PARTY** |
| -against- | |
| **FUCCILLO AUTOMOTIVE GROUP, INC., FUCCILLO LINCOLN MERCURY HYUNDAI, INC., and UNIVERSAL AUTOMOTIVE SERVICES, INC.,** | 1:09-CV-00018 (LEK/DRH) |
| *Defendants.* | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties appearing in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, Plaintiff's fourth cause of action based on alleged violations of the Magnuson-Moss Warranty Act, 15 U.S.C. 2301, *et seq.*, be, and the same hereby is, discontinued without costs to either party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that non-party "It's Huge, Inc.," shall be substituted herein for Defendant Fuccillo Automotive Group, Inc., without prejudice, and shall be deemed to have answered the Complaint to the same extent as Defendant Fuccillo Automotive Group, Inc., and that the Clerk of the Court shall amend the official case caption by removing Fuccillo Automotive Group, Inc., and naming "Its Huge, Inc." in its place and stead.

ALLIB01\269925\1

- 2 -

This Stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| **DATED:**  April __, 2010 | **DATED:**  April __, 2010 |
| **LEMBERG & ASSOCIATES, LLC** | **HISCOCK & BARCLAY, LLP** |
| By: ___/s/ Sergei Lemberg_____<br>      Sergei Lemberg<br>      Bar Roll No.  514922 | By: ___/s/ William A. Hurst_____<br>      William A. Hurst<br>      Bar Roll No.  510271 |
| *Attorneys for Plaintiff*<br>Heidi Seekamp<br>Office and Post Office Address:<br>1100 Summer Street, 3rd Floor<br>Stamford, Connecticut 06905 | *Attorneys for Defendants*<br>Fuccillo Automotive Group, Inc. and<br>Fuccillo Lincoln Mercury, Inc.<br>Office and Post Office Address:<br>50 Beaver Street<br>Albany, New York 12207 |

**IT IS SO ORDERED.**

**DATED:**      April 9, 2010
         Albany, New York

IT IS SO ORDERED:

/s/ Lawrence E. Kahn
Lawrence E. Kahn
U.S. District Judge
Dated:  April 09, 2010
        Albany, NY

ALLIB01\269925\1