EXHIBIT 3

```
TO       JOHNT
FROM     16MICHELEK
SUBJECT
DATE     02:58PM EST   29 JAN 2009
```

HI JOHN....WE RECEIVED THE ETCH CHECK ON OCTOBER 25, 2007

IT WAS RECEIPTED UNDER: UNIVERSAL AUTOMOTIVE
FOR CUSTOMER:  CHRISTOPHER FIELDS

LET ME KNOW IF YOU NEED FURTHER INFO



EXHIBIT
Testone 2
4/14/11