N.D.N.Y.
09-cv-18
Kahn, J.

MANDATE

# United States Court of Appeals

FOR THE

SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit,
held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in
the City of New York, on the 11th day of May, two thousand twelve.

Present:

  Guido Calabresi,
  Robert D. Sack,
  Reena Raggi,
      *Circuit Judges.*

_____

Heidi Seekamp, On Behalf of Herself and All Others
Similarly Situated,
        *Plaintiff-Respondent,*

        v.                                                    12-1166-mv

It's Huge, Inc., *et al.*,
        *Defendants-Cross Claimants-Petitioners,*

Universal Automotive Services, Inc.,
        *Defendant-Cross Defendant-Petitioner,*

Fuccillo Lincoln Mercury Hyundai, Inc., *et al.*,
        *Defendants-Cross Claimants-Petitioners.*

_____

Petitioners, through counsel, move pursuant to Fed. R. Civ. P. 23(f), for leave to appeal the district
court's order granting Respondents' motion for class certification.  Upon due consideration, it is
hereby ORDERED that the petition is DENIED because an immediate appeal is unwarranted.  *See
Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).  Our
denial of the Rule 23(f) motion is without prejudice to defendants' raising their subject-matter
jurisdiction arguments before the district court on remand.  *See* Fed. R. Civ. P. 12(h)(3).

                                        FOR THE COURT:
A True Copy                             Catherine O'Hagan Wolfe, Clerk of Court
Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/11/2012