### * * * * * UNITED STATES DISTRICT COURT * * * * *

## NORTHERN  DISTRICT OF  NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO: 1:09-CV-0018 (LEK/CFH)**

**HEIDI SEEKAMP,** *On Behalf of Herself and All Others Similarly Situated*, ET AL.

          **Plaintiffs,**

-AGAINST-

**IT'S HUGE, INC., ET AL.,**

          **Defendants.**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the Plaintiffs as against the Defendants, in accordance with the FINAL ORDER APPROVING SETTLEMENT AGREEMENT of the Honorable Lawrence E. Kahn, U. S. District Judge, dated November 19, 2014.

**DATE:** November 21, 2014

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**